UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LUSIK USOYAN**, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>**THE REPUBLIC OF TURKEY,**<br><br>　　Defendant. | Civil Case No.: 18-cv-1141 (CKK) |

## AFFIDAVIT OF FAILED SERVICE

　　I, Steven R. Perles, attorney of record for the Plaintiffs, hereby advise the Court of counsel's attempt and failure to achieve service under 28 U.S.C. § 1608(a)(2) on the Republic of Turkey of the summons and complaint, related papers, and their translations in the above referenced matter. In support thereof, I state that:

1. On June 27, 2018, Plaintiffs mailed one copy of the summons and complaint with related papers, and their translations, via DHL, pursuant to 28 U.S.C. § 1608(a)(2). Ex. 1 (Affidavit of Emily Amick).

2. On August 14, 2018, Turkey refused service. Ex. 2 (Letter from Republic of Turkey Ministry of Justice).

3. The letter refusing service, along with the original service documents, were mailed to the U.S. Department of Justice Civil Division, Office of International Judicial Assistance, who forwarded the documents to counsel for Plaintiffs.

4. Plaintiffs will now attempt to serve Defendant pursuant to 28 U.S.C. § 1608(a)(3).

Dated:  September 25, 2018			Respectfully Submitted,

            **_/s/_ Steven R. Perles**

            Steven R. Perles (No. 326975)
            Edward MacAllister   (No. 494558)
            Emily Amick (No. 242018)
            Joshua K. Perles (No. 1031069)
            PERLES LAW FIRM, PC
            1050 Connecticut Avenue, NW Suite 500
            Washington, DC 20036
            Telephone: 202-955-9055
            Telefax: 202-772-3101