UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ex. 1

...............................................................
LUSIK USOYAN, et al.

    Plaintiffs,

v.                                                        Civil Case No.: 18-cv-1141 (CKK)

THE REPUBLIC OF TURKEY,

    Defendant.
...............................................................

### AFFIDAVIT OF EMILY AMICK

COMES NOW, Emily Amick, who testifies and avers as follows:

1. I am *sui juris* and competent to attest to the matters contained in this Affidavit; and I have personal knowledge of the facts contained in this Affidavit.

2. I am employed by the Perles Law Firm P.C. as an attorney. This declaration is based up my personal knowledge, the documents discussed herein, and notes that were made contemporaneously with the time of the occurrence of the matter described.

3. On June 27, 2018 I mailed a package of legal documents required to serve the Defendant notice of the case to:

    a. Law and Foreign Relations General Directorate, Adalet Bakanligi Ek Binasi, Namik Kemal Mah. Milli Mufdafaa, Cadesi No: 22, Cankaya Ankara, Anatolia Turkey 06690

    b. This package was sent on June 28, 2018 via DHL Express shipping, Waybill # 94 9010 0104

4. Included in this package were the service documents required under the Hague Convention for execution of service. Two copies of the documents were provided in both Turkish and English.

5. These documents were:

a. Form USM-94, Request for service abroad of judicial or extrajudicial documents. Form filled out. Provided in duplicate in both English and Turkish.

b. Summons for the Defendant the Republic of Tukey. Provided in duplicate in both English and Turkish.

c. Notice of right to consent to trial before a United States Magistrate Judge, form CO-942A. Provided in duplicate in both English and Turkish.

d. Notice of designation of related civil cases pending in this or any other United States Court, form CO-932. Provided in duplicate in both English and Turkish.

e. Notice of Suit under the Foreign Sovereign Immunities Act as described in 22 CFR 93.2 Provided in duplicate in both English and Turkish.

f. Complaint, *Lusik Usoyan et. al. v. The Republic of Turkey*. Provided in duplicate in both English and Turkish.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED AND SWORN

*/s/ Emily Amick/*

Emily Amick

Washington, DC    SS.:

I CERTIFY that on July 10, 2018 Emily Amick personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):

(a) is named in and personally signed this document; and

(b) signed, sealed and delivered this document as his or her act and deed.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 10 day of July 2018 Notary Public of Leslie P. Kim at Washington D.C.

Leslie P. Kim, Notary Public, D.C.
My commission expires August 31, 2019.