CO 226
Rev. 6/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Lusik Usoyan, et al.

_____

Plaintiff(s)

vs.                                                    Civil Action No.: __18-cv-1141 (CKK)__

The Republic of Turkey

_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

     I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Mevlüt Çavuşoğlu
Minister of Foreign Affairs
Republic of Turkey Ministry of Foreign Affairs
Dr. Sadık Ahmet Cad. No:8 Balgat
ANKARA, TURKEY 06100

by: (check one)          ☐   certified or registered mail, return receipt requested
                         ☑   DHL
                         ☐   Fed Ex

pursuant to the provisions of: (check one)
                         ☐   FRCP 4(f)(2)(C)(ii)
                         ☑   28 U.S.C. § 1608(a)(3)
                         ☐   28 U.S.C. § 1608(b)(3)(B)
                         ☐   28 U.S.C. § 1608(a)(4)

     I certify that this method of service is authorized by the domestic law of (name of country):
__n/a_____, and that I obtained this information
by contacting the Overseas Citizens Services, U.S. Department of State.

                             _____/s/ Steven R. Perles___

                                 (Signature)

Steven R. Perles (D.C. Bar# 326975)
Perles Law Firm, PC
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

                             (Name and Address)