UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUSIK USOYAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Case No.:18-1141(CKK) |
| ) | |
| v. ) | |
| ) | |
| REPUBLIC OF TURKEY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' STATUS UPDATE REGARDING SERVICE UPON DEFENDANT UNDER 28 U.S.C. § 1608(a)**

On August 22, 2018, this Court ordered Plaintiffs to submit a status report regarding service on or before September 30, 2018. Plaintiffs now submit this Status Report in response.

The Federal Rules of Civil Procedure specify that service upon a foreign sovereign is defined under the FSIA. "A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608." Fed. R. Civ. P. 4(j)(1).

Service on a foreign sovereign state is governed by 28 U.S.C. § 1608(a), which provides that service may be accomplished through any of four methods. The method described in §§ 1608(a)(1) does not apply to this case, as there is no special arrangement for service between the United States and Turkey. The method described in §§ 1608(a)(2), service in accordance with international convention on service of judicial documents does apply to this case, as both the United States and Turkey are party to the

*Hague Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.*[1]

On June 27, 2018 plaintiffs mailed a package of the legal documents required to serve the Defendant notice of the case to:

> Law and Foreign Relations General Directorate, Adalet Bakanligi Ek Binasi, Namik Kemal Mah. Milli Mufdafaa, Cadesi No: 22, Cankaya Ankara, Anatolia Turkey 06690[2]

This package was sent on June 28, 2018 via DHL Express shipping, Waybill # 94 9010 0104. (Ex. 1, tracking information sheet). Included in this package were the service documents required under the Hague Convention for execution of service.[3]  Two copies of the documents were provided in both Turkish and English.

The package was delivered on July 2, 2018.  On August 14, 2018, Turkey refused service. (Ex. 2. Letter from Ministry of Justice.) The letter along with the original service documents were mailed to the U.S. Department of Justice Civil Division, Office of International Judicial Assistance, who forwarded the documents to counsel.

On September 25, 2018 Plaintiffs filled an affidavit of failed service under §§ 1608(a)(2) (Dkt. No. 15). On September 25, 2018 Plaintiffs filed an affidavit requesting foreign mailing under §§ 1608(a)(3) (Dkt. No. 16) and delivered the packages of materials required for service to the court, one copy of the summons and complaint with

---

[1] Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil Or Commercial Matters, *opened for signature* November 15, 1965; *entered into force* for the United States February 10, 1969; for Turkey April 28, 1972 20 U.S.T. 361; 658 U.N.T.S. 163; full text *reprinted in* the United States Code Service (U.S.C.S.) on International Agreements at 265-310.

[2]  Turkey designates the party to be served on its behalf by claimants under the Hague Convention. *See Turkey - Central Authority & practical information*, HAGUE CONFERENCE ON PRIVATE INTERNATIONAL LAW (August 27, 2018), https://www.hcch.net/en/states/authorities/details3/?aid=277.

[3] The document required for proper service under the Hague Convention are designated by the Hague Convention. *See* Service of Process – Foreign Civil Process, UNITED STATES MARSHALL SERVICE (August 27, 2018), https://www.usmarshals.gov/process/foreign_process.htm; *see also* Practical Handbook on the Operation of the Service Convention, HAGUE CONFERENCE ON PRIVATE INTERNATIONAL LAW, at XLVII, (4th ed. 2016) *available at* https://assets.hcch.net/docs/aed182a1-de95-4eaf-a1ae-25ade7cd09de.pdf

related papers, and their translations. On September 27, 2018 the clerk acknowledged the request from plaintiffs to effect service under §§ 1608(a)(3) via DHL waybill 51 0661 9556. (Dkt. No. 17).

DATED:  Respectfully Submitted,

September 27, 2018  /s/ Steven R. Perles
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
Joshua K. Perles (No. 1031069)
Emily Amick (No. 242018)
PERLES LAW FIRM, PC
1050 Connecticut Ave. NW,
Suite 500
Washington, DC 20036
Telephone: 202-955-9055


/s/ Douglas M. Bregman
Douglas M. Bregman (D.C. Bar # 218354)
Andreas N. Akaras (D.C. Bar # 461481)
Stephen J. Whelan (D.C. Bar # 1010351)
Jennifer (Lucy) Wiggins (D.C. Bar # 992705)
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814
Phone: (301) 656-2707