English Site Feedback Contact Center Country Profile DHL Global

Ex. 1

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 9490100104**
Signed for by: SULA DENIZ
Get Signature Proof of Delivery

**Monday, July 02, 2018 at 10:19 AM**
**Origin Service Area:**
WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
ANKARA - CANKAYA ANKARA - TURKEY

1 Pieces

| Monday, July 02, 2018 | | Location | Time | Pieces |
|---|---|---|---|---|
| 19 | Delivered - Signed for by : SULA DENIZ | CANKAYA ANKARA | 10:19 AM | 1 Pieces |
| 18 | With delivery courier | ANKARA - TURKEY | 9:50 AM | 1 Pieces |
| 17 | Arrived at Delivery Facility in ANKARA - TURKEY | ANKARA - TURKEY | 8:36 AM | 1 Pieces |
| **Saturday, June 30, 2018** | | **Location** | **Time** | **Pieces** |
| 16 | Departed Facility in ISTANBUL - TURKEY | ISTANBUL - TURKEY | 12:12 PM | 1 Pieces |
| 15 | Processed at ISTANBUL - TURKEY | ISTANBUL - TURKEY | 12:12 PM | 1 Pieces |
| 14 | Arrived at Sort Facility ISTANBUL - TURKEY | ISTANBUL - TURKEY | 9:43 AM | 1 Pieces |
| 13 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 4:28 AM | 1 Pieces |
| 12 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 3:20 AM | 1 Pieces |
| 11 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 2:33 AM | 1 Pieces |
| **Friday, June 29, 2018** | | **Location** | **Time** | **Pieces** |
| 10 | Departed Facility in EAST MIDLANDS - UK | EAST MIDLANDS - UK | 11:33 PM | 1 Pieces |
| 9 | Transferred through EAST MIDLANDS - UK | EAST MIDLANDS - UK | 11:33 PM | 1 Pieces |
| 8 | Departed Facility in NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 8:06 AM | 1 Pieces |
| 7 | Processed at NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 6:03 AM | 1 Pieces |
| 6 | Arrived at Sort Facility NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 3:15 AM | 1 Pieces |
| **Thursday, June 28, 2018** | | **Location** | **Time** | **Pieces** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 11:23 PM | 1 Pieces |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 11:23 PM | 1 Pieces |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 10:00 PM | 1 Pieces |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 10:00 PM | 1 Pieces |
| **Monday, June 25, 2018** | | **Location** | **Time** | **Pieces** |
| 1 | Tracking information received. Shipment not yet picked up by DHL | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 4:08 AM | |

**Shipment Details...**

| From | To | Shipment Information |
|---|---|---|
| PERLES LAW FIRM PC<br>Washington , DC 20036<br>United States of America | Cankaya Ankara , Turkey | Ship Date: 06/25/2018<br>Pieces: 1<br>Total Weight: 0.5 lbs Note on Weight<br>Ship Type: Document<br>Shipment Reference: USOYAN<br>Service: EXPRESS ENVELOPE doc<br>Description: LEGAL DOCUMENTS |

If you would prefer to speak to someone personally about the location of your shipment, please Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.
Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand. View our Fraud Prevention Tips

**Terms & Conditions**
**Tracking FAQs**

Deutsche Post DHL Group