**Ex. 2**

| | |
|---|---|
| T.C.<br>ADALET BAKANLIĞI<br>Dış İlişkiler ve Avrupa Birliği<br>Genel Müdürlüğü<br>(Hukuk Tebligat Bürosu) | REPUBLIC OF TURKEY<br>MINISTRY OF JUSTICE<br>Directorate General for Foreign<br>Relations and European Union Affairs<br>(Office for Service of Documents<br>in Civil Matters) |

**Our Reference :** 42569666-4-5-5604-2018-E.29731/90634      14/08/2018
**Addressee        :** Usoyan and others filed against the Republic of Turkey

U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
WASHINGTON, D.C. 20550
United States of America

By the letter of United States District Court for the District Of Columbia numbered 1:18-cv-01141-CRC received as enclosed to the service of documents letter of Steven R. Perles, Esq. Perles Law Firm PC it was requested that the documents to be served to the Republic of Turkey due to the lawsuit brought by Lusik Usoyan and others against Republic of Turkey for a claim.

The Republic of Turkey, as a sovereign State, enjoys sovereign immunity under international law. Thus, request for service abroad of judicial or extrajudicial documents regarding the Usoyan v. Republic of Turkey is hereby refused pursuant to Article 13 of the "Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague, November 15, 1965".

Submitted for your information.

Dr. Yavuz YILMAZ
Judge
Deputy General Director

Enclosure: Set of documents