UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LUSIK USOYAN**, et al. | |
| Plaintiffs, | |
| v. | Civil Case No.: 18-cv-1141 (CKK) |
| **THE REPUBLIC OF TURKEY,** | |
| Defendant. | |

## AFFIDAVIT OF FAILED SERVICE

I, Steven R. Perles, attorney of record for the Plaintiffs, hereby advise the Court of counsel's attempt and failure to achieve service under 28 U.S.C. § 1608(a)(3) on the Republic of Turkey of the summons and complaint, related papers, and their translations in the above referenced matter. In support thereof, I state that:

1. On September 27, 2018, pursuant to 28 U.S.C. § 1608(a)(3) the clerk mailed one copy of the summons, complaint, and notice of suit, with translations thereof, via DHL Waybill No. 5106619556. Dkt. No. 18.

2. On October 1, 2018, Turkey refused service. Ex. 1.

3. Plaintiffs will now attempt to serve Defendants pursuant to 28 U.S.C. § 1608(a)(4).

Dated:  October 25, 2018                         Respectfully Submitted,

                                                 */s/* **Steven R. Perles**

                                                 Steven R. Perles (No. 326975)

Edward MacAllister   (No. 494558)
Emily Amick (No. 242018)
PERLES LAW FIRM, PC
1050 Connecticut Avenue, NW Suite 500
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-772-3101