

English    Contact Center    Country/Region Profile

## Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

### Result Summary

| Waybill: 5106619556 | Monday, October 01, 2018 at 10:28 | 1 Piece |
|---|---|---|
| **Recipient refused delivery** | **Origin Service Area:** | |
| Sign up for shipment notifications | WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA | |
| **Further Detail:** | **Next Step:** | |
| | **Destination Service Area:** | |
| | ANKARA - ALTINDAG ANKARA - TURKEY | |

| Monday, October 01, 2018 | | Location | Time | Piece |
|---|---|---|---|---|
| 19 | Recipient refused delivery | ANKARA - TURKEY | 10:28 | 1 Piece |
| 18 | With delivery courier | ANKARA - TURKEY | 09:32 | 1 Piece |
| 17 | Arrived at Delivery Facility in ANKARA - TURKEY | ANKARA - TURKEY | 08:37 | 1 Piece |
| **Saturday, September 29, 2018** | | Location | Time | Piece |
| 16 | Departed Facility in ISTANBUL - TURKEY | ISTANBUL - TURKEY | 11:02 | 1 Piece |
| 15 | Processed at ISTANBUL - TURKEY | ISTANBUL - TURKEY | 11:02 | 1 Piece |
| 14 | Arrived at Sort Facility ISTANBUL - TURKEY | ISTANBUL - TURKEY | 08:43 | 1 Piece |
| 13 | Departed Facility in LEIPZIG - GERMANY | LEIPZIG - GERMANY | 05:09 | 1 Piece |
| 12 | Processed at LEIPZIG - GERMANY | LEIPZIG - GERMANY | 01:38 | 1 Piece |
| 11 | Arrived at Sort Facility LEIPZIG - GERMANY | LEIPZIG - GERMANY | 00:33 | 1 Piece |
| **Friday, September 28, 2018** | | Location | Time | Piece |
| 10 | Departed Facility in EAST MIDLANDS - UK | EAST MIDLANDS - UK | 21:37 | 1 Piece |
| 9 | Transferred through EAST MIDLANDS - UK | EAST MIDLANDS - UK | 21:37 | 1 Piece |
| 8 | Departed Facility in NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 07:56 | 1 Piece |
| 7 | Processed at NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 05:20 | 1 Piece |
| 6 | Arrived at Sort Facility NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 03:11 | 1 Piece |
| **Thursday, September 27, 2018** | | Location | Time | Piece |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 22:56 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 22:55 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:57 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:56 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 15:23 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please    contact   DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**



