# EXHIBIT 12

### Superior Court of the District of Columbia
#### CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| | | | | | | | | USW NO.: | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S NAME: | | | NICKNAME: | | ALIASES: | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|---|---|
| Sarman, Mehmet | | | N/A | | N/A | | 17-082178 | | N/A |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: | |
|---|---|---|---|---|---|---|---|---|---|
| M | Wht. | Unknown | Unk. | Unk. | Unk. | Unk. | Light | Unknown | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| Unknown | Unknown |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| Genc, Elif | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| Sheridan Circle NW, Washington, DC 20008 | May 16, 2017 | 4:15 PM |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| __ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic | |

On May 16th, 2017 at approximately 4:15 PM, the president of Turkey was visiting the United States accompanied by the Turkish protection detail. Within Sheridan Circle NW the Complainant was included within a group conducting a peaceful First Amendment assembly. Soon after the Turkish presidential motorcade arrived, the Defendant crossed the street and approached the Complainant who was within Sheridan Circle NW. The Defendant was included in a larger group which attacks the Complainant and additional protestors. The Defendant pushes down the Complainant who falls to the ground. While the Complainant was on the ground the Defendant kicks and strikes the Complainant about the head and body. A D.C. Metropolitan Police (MPD) officer intervenes and strikes the Defendant with its ASP baton. This causes the Defendant to cease the assault against the Complainant. The Complainant reported contusions to her body and pain to its head. The Complainant reported continued pain in the areas described as a result of the assault. The Complainant claimed the assault was to silence its protest of the Turkish president. The Complainant was transported from the scene to a local D.C. hospital for treatment.

The Affiant reviewed footage of the incident which revealed the aforementioned events. Within the footage the Defendant is seen pushing pass the MPD officer to assault the Complainant. The Defendant pushes the Complainant to the ground and violently kicks the Complainant on its body. The Defendant then continues to punch to the Complainant with his right hand, reportedly to its head area. The Complainant did not know the number of strikes she received by the Defendant.

The Affiant was made aware by the United States State Department of the Defendant's identity. The State Department was able to retrieve a photograph and information matching the Defendant's through a police database. The State Department confirmed the Defendant was a member of the Turkish delegation. The Affiant viewed the BWC footage and compared the picture provided by the State Department of the Defendant. It appeared to be a match. The Defendant's identity has been confirmed as Mehmet Sarman.

Based on the above facts and circumstances, your Affiant believes probable cause exists and respectfully request that a D.C. Superior Court Arrest Warrant be issued for the Defendant, Mehmet Sarman.

| | AFFIANT'S SIGNATURE: |
|---|---|
| **PLEASE ISSUE A WARRANT FOR:** | (b) (6), (b) (7)(C) |
| | **SUBSCRIBED AND SWORN TO BEFORE ME THIS** |
| **CHARGED WITH:** _____ | _____ DAY OF _____ |
| | |
| **ASSISTANT UNITED STATES ATTORNEY** | **(JUDGE) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** |

F008
bb
b7c

### *Superior Court of the District of Columbia*
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.:

| DEFENDANT'S NAME: | | | NICKNAME: | | ALIASES: | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|---|---|
| Yildirim, Gokhan | | | N/A | | N/A | | 17-082178 | | N/A |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | Wht. | Unknown | Unk. | Unk. | Unk. | Unk. | Light | Unknown |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| Turkish National | Unknown |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| Yasa, Murat | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| Sheridan Circle NW, Washington, DC 20008 | May 16, 2017 | 4:15 PM |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy     __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac |
| __ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic |

On May 16th, 2017 at approximately 4:15 PM, the president of Turkey was visiting the United States accompanied by the Turkish protection detail. Within Sheridan Circle NW the Complainant was included within a group conducting a peaceful First Amendment assembly. Soon after the Turkish presidential motorcade arrived, the Defendant crossed the street and approached the Complainant who was within Sheridan Circle NW. The Defendant used his foot to strike the Complainant once in the face. The Defendant was included in a larger group which attacks the Complainant and additional protestors. When police intervene the Defendant walks back to the group located in the front of the Turkish ambassador's residence. The assault against the complainant continues by multiple suspects which appear to be associated with the Turkish protection detail. The Complainant reported it suffered contusions to its face and head area, (1) broken tooth, (2) loose teeth, memory loss, laceration to forehead requiring stiches, and limited use of a finger on its left hand. The Complainant reported continued pain in the areas described as a result of the assault. The Complainant claimed the assault was to silence its protest of the Turkish president. The Complainant was transported from the scene to a local D.C. hospital for treatment.

The Affiant reviewed footage of the incident which revealed the aforementioned events. Within the footage the Defendant is seen violently kicking the Complainant one time in the face with his right foot.

The Affiant was made aware by the United States State Department of the Defendant's identity. The State Department was able to retrieve a photograph and information matching the Defendant's through a police database. The State Department confirmed the Defendant was a member of the Turkish delegation. The Affiant viewed the BWC footage and compared the picture provided by the State Department of the Defendant. It appeared to be a match. The Defendant's identity has been confirmed as Gokhan Yildirim.

Based on the above facts and circumstances, your Affiant believes probable cause exists and respectfully request that a D.C. Superior Court Arrest Warrant be issued for the Defendant, Gokhan Yildirim.

AFFIANT'S SIGNATURE:

**PLEASE ISSUE A WARRANT FOR:**

(b) (6); (b) (7)(C)

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

_____ DAY OF _____

**CHARGED WITH:** _____

**ASSISTANT UNITED STATES ATTORNEY**        (JUDGE) SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA





**United States Department of State**

*Washington, D.C.  20520*

SENSITIVE BUT UNCLASSIFIED                    May 17, 2017

## INFORMATIOIN MEMORANDUM

TO:              DS - Bill Miller (Acting)

THROUGH:         DSS - Chris Schurman (Acting)

FROM:            DS/TIA - (b) (6), (b) (7)(C)

SUBJECT:  (SBU) Incidents with Turkish Security Personnel during FD-17-182

## EXECUTIVE SUMMARY

On May 17, 2017, during a security detail in support of Turkish President Recep Tayyip Erdoğan and Turkish Foreign Minister (FM) Mevlut Çavuşoğlu, Turkish security agents assaulted protestors/demonstrators, and U.S. law enforcement personnel.  Multiple injuries were reported and sustained, to include two Diplomatic Security (DS) Special Agents (SA), six U.S. Secret Service (USSS) officers and agents and one Metropolitan Police Department (MPD) officer. At least three separate disturbances occurred where multiple Turkish security personnel used undue force against protestors/demonstrators and U.S. law enforcement personnel.

In the first instance, Turkish security personnel confronted and argued with protesters at the White House.

In the second instance, Turkish security personnel physically assaulted protesters and U.S. law enforcement officers at the Turkish Ambassador's residence.

In the third instance, Turkish security personnel were detained after assaulting law enforcement personnel directly across from the Turkish Embassy.  While this was occurring, Turkish security personnel continued to confront and assault protestors.  Also, one of the Turkish security agents assaulted DS and USSS agents during an altercation to try to retrieve the Turkish FM's personal belongings from the trunk of the limousine.  USSS and DS personnel handcuffed and subdued this individual due to his assault on a federal agent, and temporarily seized his weapon.

The Turkish Ambassador, told a DS Detail agent "he wanted the names of all Turkish personnel involved and he would PNG them from the United States."   The

SENSITIVE BUT UNCLASSIFIED

Ambassador adamantly, yet diplomatically and professionally, requested that the two Turkish security personnel in custody be released to him.

Prior to departure, DS/PL received definitive DS/L guidance to release the two security personnel into the custody of the Ambassador and return the confiscated weapon upon departure at Andrews Air Force Base.

**Prior Incidents with Turkish Security Detail**

Turkish facilities and diplomatic delegations are targeted by protestors throughout the United States, consistent with the high rating for protests and harassment by DS/TIA/ITA. Although emotions at these protests are typically high on both sides, most demonstrations take place without arrests or incidents to report. However, incidents have occurred and noted to have been instigated by Turkish security. Results have ranged from verbal to physical altercations with protestors, journalists, and U.S. security personnel.

- On 09/23/2011 at the United Nations in New York. Two members of the DS protective detail in support of Palestinian President Mahmoud Abbas were assaulted by members of the Turkish Foreign Minister Security personnel. Details: Turkish FM attempted to greet President Abbas, and Turkish security personnel assaulted the DS agents providing security for the President. One DS agent was thrown against a wall by Turkish security, and one DS agent was assaulted while attempting to stop Turkish security from harming the first DS agent. (Source: Email from Witness)

- On 03/31/2016 in Washington D.C., media outlets report that President Erdogan's security team tried to remove journalists and protestors from events, which escalated. Social media captured Turkish security personnel being held back from assaulting protesters by the cops, Brookings employees, and USSS.
    o http://www.dailymail.co.uk/news/article-3520407/This-America-Astonishing-moment-secret-service-agent-scolds-Turkish-president-s-bodyguard-clashed-journalists-Washington.html
    o https://www.wsj.com/articles/turkish-presidents-entourage-protesters-clash-outside-washington-think-tank-1459460188
    o https://twitter.com/paulmcleary/status/715594437011906561



SENSITIVE BUT UNCLASSIFIED

3

**Attachments**

1- Photographs of the Turkish security officers identified by DS agents who attempted to and/or punched MPD officers at the Turkish Embassy.
2- Incidents Map
3- DS/TIA/ITA/WHA Assessment
4- DS/TIA/PII PITR
5- Social Media Coverage
6- USPP May 2017 Registered Protests
7- DS SA Incident Statements



SENSITIVE BUT UNCLASSIFIED

4

Drafted:   DS/TIA/PII —
Cleared:   DS/TIA/PII —
           DS/TIA/PII —

SENSITIVE BUT UNCLASSIFIED

F012
b6
b7c

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **To:** | |
| **Cc:** | |
| **Subject:** | Fwd: (SBU//LES) DS Agent (b) (6) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017 |
| **Date:** | Wednesday, May 17, 2017 5:52:34 AM |

(b) statement. Note the AMB's comment to "PNG" the employees.  I quote (b) statement, not sure if the AMB used those words.

(b) (6), will follow up in the morning and we'll talk with the AUSA on way forward similar to Gambia circa 2014.

Talk with you in a bit.

---

**From:** DS Command Center <DSCommandCenter@state.gov>
**Date:** May 17, 2017 at 02:20:15 EDT
**To:** (b) (6), (b) (7)(C)

Schurman, Christian J
<SchurmanCJ2@state.gov>, (b) (6), (b) (7)(C) Miller, Bill A
<MillerBA2@state.gov>, (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C) DS Command Center
<DSCommandCenter@state.gov>, (b) (6), (b) (7)(C)

**Subject:** (SBU//LES) DS Agent (b) (6), (b) Sit-Rep from FD-17-182 Turkish FM Incident
05/16/2017 - 05/17/2017

*ALCON:*

*The DS Command Center is sharing the following event information for your situational awareness.  Please contact the DS Command Center directly for any follow-up requests for information.*

The following situation report contains both observations and events that I witnessed and/or was involved in during DP visit FD-17-183.  I observed three distinct events over the course of a 4 hour period.  The bullet format is in chronological order as the events occurred.

**Background**
- I, (b) (6), (b) (7)(C)   , was assigned to DP detail number FD FD-17-183 Turkish FM in the position of (b) (7)(E)    .  The detail was to last two days, May 16 – May 17.

- I observed on both days aggression behavior and actions taken by multiple Turkish Security personnel. It is important to note that prior to the start of the detail, I observed AIC (b) (6), (b) break up an altercation between Turkish security personnel at JBA.

- On May 17, 2017, DS Agents rallied at approximately 0800 at the RON. The schedule of the day was comprised of movements to the Blair house, White House, Turkish CMR, and Turkish Embassy.

- All moves were joint moves between DS and the United States Secret Service (USSS).

### Event 1 – May 17, 2017

- During the motorcade movement from the Blair house to the Turkish CMR with only seconds prior to arrival, Advance called out over the radio "ABORT" due to the large gathering of both Anti and Pro Turkish protestors.

- AIC (b) acknowledged "ABORT" and we proceeded to pass the venue. While passing the venue, I heard very loud shouting/screaming and observed what appeared to me to be violent fighting between Police and protestors.

- The motorcade moved to a safe location on a side street approximately 3 blocks away to determine the seriousness of the protests and to give Advance time to ascertain if the venue and event were tenable.

- After approximately 3-4 minutes, the Advance cleared the motorcade to the CMR and we arrived to the venue.

- Immediately following the arrival of the FM, I walked back out towards the (b) (7)(E) to take my position and I observed Turkish security personnel assigned to the Turkish Presidents detail (all dressed in Khaki BDU pants and green 5.11 style button up shirts) physically striking and kicking various protestors in a large crowd directly adjacent to the CMR.

- I observed multiple MPD officers and other uniformed US Police personnel who were trying to break up the fights and were subsequently assaulted by the both uniformed and "suit and tie" Turkish security officers. (See arrests and injuries information submitted by MPD).

- Both DS Agents and USSS Agents formed a loose protective bubble around the outer perimeter and drop location in the event that the violence spilled over into our venue.

- MPD and other uniformed US Police gained control of the situation and separated the two fighting groups.

- I asked the USSS site advance if I could help; site advance informed me that he called in UD reinforcements to assist MPD with maintaining site security during the event. We were asked to assist in keeping Turkish security personnel from crossing into the protest area (instigators dressed in uniforms).

- SL ███████ ███████ ███████ , and I assisted the USSS site agent in keeping all Turkish security personnel on CMR grounds and away from the protestors. The Turkish security personnel complied and from that point on, there were no more violent protests at the CMR.

- I observed MPD Detectives identify instigators and detained them for questioning. Shortly after the detention of one unidentified persons, SA ███████ from PL arrived and assisted in determining diplomatic immunities of those MPD took into custody.

- ███████ and I continued to move around the secure zone area and position ourselves as needed along the police line to prevent people from swarming/rushing the CMR.

- MPD and USSS UD continued to maintain site security and held the area without incident until the departure of both security details. Multiple reports from US Police personnel indicated that protestors had relocated from the CMR to the Embassy.

- DS, MPD, USSS and UD shared this information and departed in one motorcade to the Turkish Embassy located on Mass Avenue.

### Event 2

- While on route to the Turkish Embassy (a few seconds prior to arrival), I observed a single female protestor screaming and chanting anti-Turkish sayings. The entire motorcade (both DS and USSS vehicles) stopped on Massachusetts Avenue for arrival. I observed 7 Turkish "Suit and tie" security personnel (one female and 6 males) dismount their passenger van in an all-out sprint running directly toward the single female protestor. Our DS motorcade was in the very back of a 25 car motorcade and we were stopped approximately 100 meters from the drop.

- It was at this time I looked over at the female Turkish security personnel and observed her grab the protestor and they began to fight. The other Turkish security personnel surrounded her and attempted to fight her, however, an MPD officer interceded and attempted to break it up. This action caused a mass of onlookers and other delegation members to crowd around the incident and almost instantly added another 20 random people to the fight.

- ███████ , and I deployed and took up defensive positions around the limousine and held our ground as the fighting continued; the female protestor eventually ran away and escaped being assaulted. Others loitered around and continued to yell random anti-everything sayings.

- Simultaneously, another fight broke out between the USSS and other Turkish security personnel (approximately 10 vehicles in front of our limo) resulting in our limousine being blocked to the rear and the front caused by US Police vehicles and motorcycles responding to both fights.

- I verbalized to the ███████ to hold in place and defend the limousine until we could move to a safer location. I contacted Advance who shortly after cleared us to move the detail on the opposite side of the street to the venue. The DS detail moved into counter flow traffic and moved between vehicles and Police motorbikes as cover and arrived at the Turkish Embassy without incident.

### Event 3

- I tried to assist in resetting the motorcade; however, multiple arguments between US Police personnel and Turkish security were still occurring and prevented it from happening. A short time later, the vehicles were restaged and our motorcade took up a position approximately 50 yards from the Turkish embassy.

- I was assisting other USSS and MPD officer with identifying Turkish security who instigated these new fights when I was called on the radio back to the ███████ for an emergency.

- I ran back to the ███████ where I saw DS Agent ███████; he appeared visibly angry and I asked what happened. Agent ███ stated to me he was smacked by Turkish security personnel who had been riding with us. I asked, "show me who hit you". Agent ███ pointed out a "Suit and Tie" Turkish security officer that I recognized as having been part of our detail, not the USSS detail.

- I proceeded after the individual who was in front of me about 50 yards away. As I was walking towards him, Agent ███ (Police Lead for our detail) came up to my right side and walked with me; I verbalized "that guy just hit ███". It was at that exact moment that I saw the same Turkish security officer I was moving toward shove a USSS agent and strike him with bags he had in his hands.

- A fight ensued and I heard the USSS agent say "You're under arrest". I called on the radio for AIC ██ to come out from the venue because we were about to arrest someone. The USSS was struggling to get the Turkish security officer down. Agent ███ and I began sprinting toward the USSS agent to assist him.

- I assisted the USSS Agent in gaining control of the Turkish security personnel with the help of DS Agent ███ DS Agent ███ and DS Agent ███ Other US Police personnel were also assisting; the Turkish security officer continued to fight and kick. He was eventually handcuffed and subdued.

- I looked up from the fight I was involved and saw a second fight taking place with

another Turkish security personnel who was being flexi-cuffed and subdued for assaulting more US Police.

- I immediately looked for secondary and tertiary threats and saw other US Police and DS agents holding the gate to the Turkish embassy closed to prevent others from coming out to engage in more fighting.

- Once I determined the area was safe from other threats, I immediately went to account for all follow car personnel (all were with me in the fight) then followed it up by determining if everyone was ok and if any injuries were sustained.

- I saw a few injuries from US Police personnel. All were considered as minor and treated for. All were photographed.

- I saw injures on the heads of both Turkish security personnel. All were considered as minor and treated for. All were offered medical support and access to an ambulance if they required it.

- I spoke directly to the Turkish Ambassador (Serdar Kilic) who told me that he wanted the names of all Turkish personnel involved and he would PNG them from the United States. The Ambassador adamantly, yet diplomatically and professionally requested that the two Turkish security personnel in custody be released to him. The Ambassador further explained that he promised that there would be no further incidents from anyone on their team. He politely expressed that our security, both DS and USSS refrain from fighting as well.

- I told the Ambassador directly that I too wanted a peaceful, diplomatic solution and we sought to de-escalate the violence and find a resolution that both parties could agree on to work together. The Ambassador shared the same sentiment, offered me his business card, and asked for the process to resolve the situation.

- SA (b) (6), (b) (7) arrived on scene and I introduced SA (b) (6), (b) (7) to the Ambassador so they could discuss how to resolve the situation.

- SA (b) (6), (b) (7) received definitive guidance to release the two security personnel into the custody of the Ambassador and return the SPE confiscated upon departure at JBA.

- Both security personnel were released, the delegation immediately moved to the motorcade and we departed for JBA.

Upon arrival to JBA, I returned the SPE, shook hands with the security officer I returned it to, and they all boarded and went wheels up; I video documented the weapon turnover with DS Agent (b) (6), (b) (7). It was the fastest DS/USSS joint move and departure I've ever seen in my 16 years on this job.

**Official - SBU (Sensitive-Law Enforcement)**
UNCLASSIFIED

F013
b6
b7c

**From:** (b) (6), (b) (7)(C)
**To:**
**Cc:**
**Subject:** Fwd: (SBU//LES) DS SSA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017
**Date:** Wednesday, May 17, 2017 5:50:34 AM

(b) statement.

**From:** DS Command Center <DSCommandCenter@state.gov>
**Date:** May 17, 2017 at 02:50:24 EDT
**To:** (b) (6), (b) (7)(C)

Miller, Bill A <MillerBA2@state.gov>, (b) (6), (b) (7)(C)
Schurman, Christian J <SchurmanCJ2@state.gov>, DS Command
Center <DSCommandCenter@state.gov>
**Cc:** (b) (6), (b) (7)(C)

**Subject:** (SBU//LES) DS SSA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 -
05/17/2017

*ALCON:*

*The DS Command Center is sharing the following event information for your situational
awareness.  Please contact the DS Command Center directly for any follow-up requests for
information.*

The following is a general Situation Report (SitRep) from Office of Protection (P), Dignitary
Protection Division (DP), Agent-in-Charge (AIC) (b) (6), (b) (7)(C) who served as the AIC for
the visit of the Republic of Turkey's, Foreign Minister (FM) Mevlut Çavusoglu who visited
Washington, DC along with Turkish President Recep Tayyip Erdogan on May 15-16, 2017.
It is not intended to be an exhaustive report, but a general outline of activity as observed by
the AIC.  A full and comprehensive incident report is forthcoming.

---------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------

The Republic of Turkey's, Foreign Minister (FM), Mevlut Çavusoglu, and accompanying
delegation arrived at Joint Base Andrews (JBA) on Monday, May 15, 2017 at approximately
1915 hrs.  The DS detail had only three vehicles amongst dozens of other vehicles in the
lengthy U.S. Secret Service (USSS) motorcade.  Shortly prior to wheels down as the DS
Detail vehicles waited on the tarmac, I suddenly heard someone shouting extremely loudly
near the DS Limousine.  As I looked over to the left, I observed what appeared to be a

member of the Turkish delegation screaming at 5-10 other members of the Turkish delegation and that his face was about a half inch from the face of one gentleman. Fearing a possible altercation or assault on the tarmac, I immediately exited the limousine and yelled out asking the Turkish official what was going on. I quickly discovered that this was a Turkish security officer who was screaming at his fellow Turkish security officers. As I continued to approach the group, a couple of them said to me that it was "ok" as this was the Turkish Presidential Security Detail Leader who was berating his team. I stated that this behavior was not ok, and I asked the Detail Leader to please speak with me on the side. The Turkish Presidential Detail Leader refused to speak with me privately and began to walk away; however, he lingered long enough for me to tell him that it was unacceptable behavior for him to scream publically at his team during what is supposed to be a diplomatic visit. The Turkish Presidential Detail Leader departed my immediate area without further incident.

On Tuesday, May 16, 2017 at approximately 10:00 – 10:30 am, the FM decided to do a walking move from his hotel (St. Regis Hotel, 923 16th Street, NW, Washington, DC) past the Blair House to Peet's Coffee shop to have a coffee and conversation with the Turkish Energy Minister. Upon arrival at the coffee shop, the DS Shift Leader, SA (b) (6), (b) (7), reported to me that during the walk one of the Turkish FM security officers had noticed someone taking video footage of the FM and DS detail as we walked along 16th Street, so the Turkish security officer grabbed the man by the arm and told him that he must stop filming immediately. I discreetly asked the Turkish security officer to speak with me on the side and explained to him and one of his Turkish colleagues that in the United States, it is inappropriate for police or other law enforcement officers to physically intervene with members of the public who videotape protective details or other law enforcement actions, unless there is some imminent danger, and that I would not expect a similar occurrence during the remainder of the visit. The Turkish officers denied that he had actually touched the man, but agreed with my request.

Later on Tuesday May 16, at approximately 4:00 – 4:30 pm, the DS detail was on a vehicle move with the FM to the Turkish Ambassador's residence located off Sheridan Circle, at 1606 23rd Street, DS Lead Advance Agent (b) (6), (b) (7) informed the detail over the radio that there were dozens of protesters in the vicinity of the residence and that a fight had broken out there. SA (b) (6), recommended that we delay our imminent arrival. As we rounded Sheridan Circle, the Limo Driver, SA (b) (6), (b) (7)(C), and I looked over and could see what appeared to be dozens of protesters fighting and some of them throwing items such as water bottles. I immediately gave the motorcade the command, "abort, abort, abort" and we continued driving to the right up Massachusetts Avenue. We continued a few blocks and made a right turn through a neighborhood, delaying our arrival until police (MPD and USSS UD) could restore order. I explained the situation directly to the FM who seemed grateful for our actions. After 15 – 20 minutes, SA (b) (6), advised the detail that we could safely arrive at the Ambassador's Residence. After arrival, I learned from USSS agents and police on site that the melee had been provoked by Turkish security officers who upon seeing the protesters had run directly into the crowd to physically engage them, and that one Turkish security officer had punched a MPD officer directly in the nose causing massive blood flow, and other MPD officers were also assaulted. MPD officers stated that Turkish security officers used some sort of unknown aerosol on the protesters which they are investigating further. Several protesters were transported to George Washington University Hospital. MPD arrested one Turkish man who was originally thought to have been a member of the Turkish traveling delegation, however, Turkish protocol officers later identified him as a Turkish doctor from New York. DS Protective Liaison (PL) SA (b) (6), (b) (7)(C) responded to the Ambassador's Residence to liaise with police and agents regarding the ongoing protest. MPD officers

informed DS detail agents that they were wearing body cameras, the footage of which might identify which Turkish security officers had assaulted protesters or police officers, and if so, MPD might arrest them. I informed the DS Command Center (DSCC) and other DS Principals at 5:11 pm that MPD and USSS UD had the situation under control, however, the protests were ongoing with approximately 100 – 150 protesters, and that the FM and all DS agents were safe and secure.

Later on Tuesday May 16, at approximately 6:00 – 6:15 pm, the DS detail proceeded on a joint vehicle move with the USSS from the Ambassador's Residence to the Embassy of Turkey located nearby at 2525 Massachusetts Ave, NW. Just prior to departure, I asked the [b) (7)(E)] SA [b) (6), (b) (7)] to get an update from our Site Advance Agent, [b) (6),] , regarding the possibility of protesters near the Embassy of Turkey. SA [b)] advised that she could see a few protesters, however, the police appeared to have appropriate control. As we arrived, approximately 200 meters from the entrance of the Embassy, the motorcade came to a complete stop due to the length of the large USSS motorcade and our placement near the rear. In addition, we suddenly noticed dozens more protesters in the street and on the sidewalks adjacent to us with police trying to gain control. As the motorcade vehicles could not move further forward and fearing for the safety of the FM and DS detail agents if we engaged in a walking move, I directed the detail that the FM would hold in the armored limousine, and I explained to the FM our course of action. As we waited, I observed not only police in the streets, but also Turkish security officers running down Massachusetts Ave in an effort to physically engage with protesters once again. Finally after about 7 – 10 minutes holding in the DS Limo, Adv Agent [b)] and SL [b) (6),] advised that we could safely walk the FM down the left side of the street and police had protesters cordoned off on the right side of the street. I then gave the command to the detail for a 200 meter walking move to the Embassy with the FM in a [b) (7)(E)] . We moved the FM safely inside the Embassy without incident. Shortly after arrival, SL [b) (6),] and Police Lead SA [b) (6),] informed me that as we were holding in the armored limousine in the street, SA [b)] realized that the Turkish FM Detail Leader who was riding in his GOV was exiting the vehicle, ostensibly to walk around and possibly engage the protesters. Hence, SA [b)] yelled out to the Turkish FM Detail Leader that he should not/not get out of the car, however, the Turkish FM Detail Leader ignored his directive and walked down the street. SA [b)] advised me that he did not feel comfortable transporting a foreign security officer that refused to heed his advice. I immediately spoke to the Turkish FM Detail Leader and his Assistant Detail Leader and advised them of my decision that the Turkish FM Detail Leader could no longer ride in any DS vehicles due to his failure to heed the advice of a DS agent and possibly further provoking already irate protesters. I advised that he would have to find alternate transportation to JBA for the final departure in one of the many Embassy vehicles in the motorcade. They argued with me for a few minutes, however, departed my presence without incident.

Limo Driver SA [b) (6),] subsequently informed me that the Turkish FM Detail Leader and his Assistant Detail Leader departed the Embassy and proceeded in the street to the DS Limo where they asked him to open the trunk to pull out some of the FM's luggage. SA [b) (6),] related to me that as he opened the trunk, the Turkish officers began to grab everything present including the DS Med and Chem-Bio bags, for example, so SA [b) (6),] advised them to please stop and that he would pull out the appropriate bags. SA [b) (6),] reported to me that as he attempted to pull out the FM's luggage, one of the Turkish officers slapped his hand. SA [b) (6),] ignored the assault and allowed the Turkish security officers to depart with the FM's luggage. (Note: I was not aware contemporaneously of the removal of the

FM's luggage from the trunk of the DS Limo, however, upon being informed, I posited that the Turkish FM Detail Leader had made a decision at that point that the FM would not ride in the DS Limo for the final move to JBA due to my decision not to allow the Turkish FM Detail Leader to ride in the DS ███████. A few minutes later, ████████, SA ████. ████████, called me on the radio asking if he could send an agent to relieve me, as he needed my assistance outside for an incident that might require him to make an arrest. I agreed, and began to walk from the door of the Embassy toward the Embassy front gate when I suddenly saw SA ███████, SA ███ and others (possibly USSS) physically struggling with the Turkish FM Detail Leader and his Assistant Detail Leader on the sidewalk. In an instant, the gaggle of officers and agents went down to the ground in a physical altercation. I yelled over to an adjacent MPD officer that the agents needed assistance, and within seconds, 5-10 MPD officers ran over, assisted in subduing and detaining the Turkish security officers for assaulting federal agents and police officers. Within another minute or so, at least 5 -7 Turkish Presidential security officers (lead by the Presidential detail leader who had caused the disturbance on the tarmac of JBA) attempted to storm out of the Embassy pedestrian gate to assist their detained colleagues, however, several MPD officers intercepted them and physically restrained them from exiting Embassy property. As I returned to the Embassy door entrance in case the FM might exit, I requested ███ ███ to assist and to again contact PL SA ████ to respond and assist. I contacted DP leadership and ███ ███ informed DSCC. Minutes later SA ████ responded and began liaison with the Office of Foreign Missions (OFM), State and DS Legal (L) and other entities regarding the possible arrest or possible release of the two Turkish security officers. The FM and Turkish Ambassador to the United States, Serdar Kiliç, eventually exited the Embassy and asked me for an explanation of what had occurred. After my synopsis, Ambassador Kiliç asked me if I could find a way to have the Turkish security officers released by "looking past" what had happened and allowing them to fly back to Turkey as scheduled. I informed Ambassador Kiliç that the appropriate entities were discussing the incident, and the release of the Turkish security officers for subsequent return to Turkey was one of the possibilities. After about an hour and a half, due to SA ████ efforts, the Turkish security officers were released. I informed Ambassador Kiliç of their release, and he thanked me for my efforts. (Note: The names and identifying information of the Turkish FM Detail Leader and his Assistant Detail Leader will be provided in other SitReps submitted by detail agents.)

SA ████ was taken to GW Hospital for observation and subsequently diagnosed with a sprained wrist, some lower back pain, and a swollen lip.

Upon departure from the Embassy, the FM, without informing me, suddenly jumped into one of the Embassy-rented unarmored Mercedes Sprinter Vans and closed the door, rather than ride in the DS Limo. I directed the DS ███████ cars to move up several cars in the line to place our vehicles behind the Mercedes Sprinter, and the DS detail followed it to JBA for the final departure of the delegation at approximately 9:30 pm. Just prior to boarding the aircraft, the FM shook my hand and thanked me for our support; however, the FM said that "this was not good" and that he was told by Turkish officials that DS agents were the main cause of the incident. I informed the FM that this was indeed a regrettable incident, however, not one that DS agents bear responsibility for. The FM, Turkish President and delegation boarded two official Turkish aircraft and departed JBA.

Official - SBU (Sensitive-Law Enforcement)
UNCLASSIFIED

F014
b6
b7c

**From:** (b) (6), (b) (7)(C)
**To:**
**Cc:**
**Subject:** Fwd: (SBU//LES) DS SA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017
**Date:** Wednesday, May 17, 2017 5:50:06 AM

(b) (6), (b) nice work yesterday. Below is (b) (6), write up for (b) . Not sure if you already have these from DO channels. I'll also send (b) (6), (b) (7)(C) as they are the most succinct and paint the picture. Talk with you soon.

(b)

**From:** DS Command Center <DSCommandCenter@state.gov>
**Date:** May 17, 2017 at 04:29:54 EDT
**To:** (b) (6), (b) (7)(C)

Miller, Bill A <MillerBA2@state.gov>, Schurman, Christian J <SchurmanCJ2@state.gov>, (b) (6), (b) (7)(C)

**Cc:** (b) (6), (b) (7)(C)

DS Command Center <DSCommandCenter@state.gov>

**Subject:** (SBU//LES) DS SA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017

*ALCON:*

*The DS Command Center is sharing the following information for your situational awareness. Please contact the DS Command Center directly for any follow-up requests for information.*

From: DS PII SA (b) (6), (b) (7)(C)

PII Note: The email is a synopsis of events from SA (b) .

FD-17-182 Turkish FM ((b) Detail)
(b) (7)(E) : SA (b) (6), (b) (7)(C)

On 5/16/2017, DS PII SA (b) (6), (b) (7)(C) interviewed DS SA (b) (6), (b) (7)(C) in the George Washington Hospital Emergency Room. SA (b) was admitted after receiving injuries sustained from Turkish security officials.

On 5/15/17, SA (b) stated that the Turkish security agents behavior on the tarmac at

JBA was unacceptable. Infighting among the Turkish security agents had to be addressed by DS AIC ⬛⬛⬛. After initial problems the Turkish security agents calmed down and no further incidents occurred.

On 5/16/17, pro-Erdogan and anti-Erdogan protesters/demonstrators were present outside the White House. Turkish security agents argued with protestors. On several occasions USSS UD separated the groups of protesters. SA ⬛ reported no significant incidents impacted the ⬛ Detail.

On 5/16/17, as the ⬛ Detail approached the Turkish Ambassador's residence an "abort" was called due to protest activity in the area. Reports of Turkish security agents assaulting protesters were received and Turkish security agents could be seen in the crowd fighting with protestors. The motorcade moved off the "X" to regroup. AIC ⬛ called for a walking move due to protest activity. The ⬛ Detail escorted the FM to the Ambassador's residence without incident. Turkish security agents in the vicinity were agitated, involved in intermittent scuffles and assaulted protestors. Protestors, Turkish security agents, MPD, local police officers, and USSS UD were all drawn into the chaos while trying to de-escalate the situation. MPD, USSS agents, local police officers and DS agents eventually got the Turkish security agents back in the Ambassador's residence and the crowd calmed. The protestors departed the Ambassador's residence.

The ⬛ Detail motorcade was integrated with the USSS motorcade move from the Turkish Ambassador's residence to the Turkish Embassy. The Turkish security agents wanted to include Turkish vehicles in the motorcade. USSS denied the request, explaining that the Turkish vehicles were not pre-screened. Turkish security agents were unhappy and belligerent. The Turkish security agents rode in the U.S. motorcade vehicles.

On 5/16/17, SA ⬛, DS lead driver, had a Turkish security agent and a Turkish protocol officer in his vehicle. As the motorcade approached the Turkish Embassy the DS Advance reported protest activity and violence. The ⬛ Detail slow rolled. At that point SA ⬛ noticed a female Turkish security agent attack a protestor, followed by numerous other Turkish security agents attacking protestors. SA ⬛ said the Turkish security agents seemed to be arriving from the front of the motorcade. The Turkish security agent in his car opened the door and jumped out, while the car was moving, to join the fighting. SA ⬛⬛ tried to tell the Turkish security agent to stay in the car and shut the door. The Turkish security agent did not listen to SA ⬛⬛.

The Turkish security agents broke contact with protesters and retreated to the Turkish Embassy as MPD, USSS, local police officers, and DS agents arrived in larger numbers to control the crowds and de-escalate the situation. The ⬛ Detail safely escorted the FM inside the Turkish Embassy.

The Turkish security agent that abandoned SA ⬛⬛ car was told he would not be allowed back in the motorcade. The Turkish security agent was agitated and angry. AIC ⬛ also politely informed the Turkish security agent's supervisor (suit and silver tie) of the decision. The Turkish security agents seemed agitated and angry when they departed the area.

SA ⬛⬛ informed SA ⬛ and SA ⬛⬛⬛ that he had been hit by one of the Turkish security agents.

SA ⬛ and SA ⬛⬛⬛ moved to identify the Turkish security agent that assaulted SA



(b) (6). SA (b) (6), (b) contacted AIC (b) to meet about events. SA (b) and SA (b) (6), (b) saw the Turkish security agent (suit and silver tie) in an altercation with a USSS agent and ran to assist. SA (b) stated that his hands were covering/securing his gear while he ran. SA (b) (6) SA (b) (6), (b) and the USSS agent attempted to put handcuffs on "suit and silver tie" Turkish security agent. The Turkish security agent chose to fight and resist arrest. DS and USSS agents told the Turkish security agent to stop resisting and stop fighting. However, he continued to fight until he was finally subdued. SA (b) was injured in the fight.

SA (b) (6), noted that a second fight occurred involving other U. S. law enforcement officers and the Turkish security agent who abandoned SA (b) (6). lead vehicle to fight protesters. SA (b) said he saw the Turkish security guards pistol. SA (b) (6) was unsure if the guard was trying to draw the pistol.

After events calmed down, SA (b) (6). noted that discussions centered on which immunity the Turkish security agents held.

SA (b) was given initial medical care for his injuries by USSS med personnel and directed to seek medical attention for an examination/assessment of his injuries. SA (b) departed via ambulance to GW Hospital.

SA (b) was not aware of the events that occurred after he departed for the hospital. SA (b) (6) departed the scene prior to the (b) Detail.

SA (b) was discharged from the GW Hospital at approximately 12:30 am on 5/17/2017.


**The information contained in this report is provided only for immediate situational awareness. Additional reports may follow, updating and correcting information, if necessary. Please protect accordingly.**

Watch Officer
Diplomatic Security Command Center
Bureau of Diplomatic Security
U.S. Department of State
Open:  571-345-3146//1-866-217-2089
Secure (CMS): (b) (6), (b) (7)(C)
vIPER: (b) (6), (b) (7)(C)

**Official - SBU (Sensitive-Law Enforcement)**
UNCLASSIFIED

F015
b6
b1c



**United States Department of State**

*Washington, D.C. 20520*

SENSITIVE BUT UNCLASSIFIED  August 10, 2017

## ACTION MEMO FOR DEPUTY ASSISTANT SECRETARY SCHURMAN – DS

FROM:          DS/DO – (b) (6), (b) (7)(C)

SUBJECT:      (SBU) Termination of the Protective Security Detail Contract
               for the Turkish Consul General in Los Angeles

### Recommendation

(SBU) That you approve cancellation of the Protective Security Detail
(PSD) contract of the current Turkish Consul General (CG) in Los Angeles upon
her departure.

Approve *Christian & Schurman*  Disapprove _____

AUG 1 8 2017

### Background

(SBU) Since 1983, DS has provided and managed a contracted personal
security detail (PSD) providing 24-hour security for the Turkish Consul General
(CG) residing in Los Angeles in response to the assassination of a Turkish CG and
Consul in Santa Barbara in 1973 and a Turkish CG in Los Angeles in 1982. This
contract far exceeds the degree of security support the Department provides to any
other resident foreign CG or ambassador in the United States. The PSD contract
expired July 13, 2017, but DS is prepared to offer an extension to cover the current
CG until her departure, which is expected in September 2017.

(SBU) DS/TIA/ITA continuously updates assessments of the threat level
towards Turkish interests in the United States. DS/TIA/ITA is unaware of any
reported threats to the Turkish CG and assesses the overall threat level as LOW.

(SBU) Recently, DS and A Bureau's Office of Acquisition Management did
a soft inquiry of companies for the follow-on contract and received only one query
from an unqualified company. The current company is not interested in renewing
given their history with the protectee.

(SBU) On May 3, Office of Protection Director (b) (6), and Protective
Liaison (PL) met with three Embassy of Turkey officials, including the Deputy

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED
- 2 -

Chief of Mission, and advised them of DS' intention to terminate this contract when it expires (July 2017) or upon the departure of the current CG in late summer or early fall. The Turkish representatives stated they were not happy with this decision and would have to consult with Ankara on the matter. Additionally, over the course of the last several months, the Los Angeles Field Office (LAFO) Special Agent in Charge (SAC) has met with the CG in Los Angeles on several occasions and has advised that this is one course of action that DS is considering. PL also brought this course of action up as an option when he met with the CG March 22. The CG had no significant reaction when she was advised by the LAFO and PL SACs.

(SBU) On June 7, DS and EUR leadership discussed terminating the CG's detail. Due to the timing of the proposal shortly following the May 16 Sheridan Circle incident, the group agreed to delay a decision until the investigation was complete out of concerns that terminating the detail would be perceived as retaliation by the Government of Turkey. Metropolitan Police issued arrest warrants for 12 Turkish security personnel June 15. As of early August, the joint investigation is substantively complete.

(SBU) DS/DO will work through EUR to send a formal Diplomatic Note to the Embassy of Turkey advising them of the Department's decision to discontinue this security contract due to the lack of reported threats and the cost of the contract. If you approve, the Department will inform the Turks after a cabinet-level VIP visit August 23.

Attachment:
Information Memo sent to EUR DAS Cohen on March 31, 2017



SENSITIVE BUT UNCLASSIFIED

Approved:   DS/DO – (b) (6), (b) (7)(C)      (OK)

Drafted:   DS/DO/P – (b) (6), (b) (7)(C)

Cleared:   M – HAlto (OK)
OFM – CSeagroves (OK)
EUR/SE – MLibby (OK)
EUR-IO/EX – KMcConnell (OK)
DS/DO/P – (b) (6), (b) (7)(C)
DS/P/PL –
DS/HTP –