**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LUSIK USOYAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-CV-01141-CKK |
| ) | |
| THE REPUBLIC OF TURKEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ERRATA**

Plaintiffs hereby file this Errata to notify the Court of compliance with Court's request that Plaintiffs submit a hyperlinked version of their Opposition to Defendant's Motion to Dismiss and to notice the Court and parties of corrections of clerical errors to their Opposition filed on September 9, 2019, ECF No. 70. Plaintiffs created a new hyperlinked version of their Opposition ("e-brief"), which previously had been filed on September 9, 2019, ECF No. 70, and served two copies on the Court, and one copy on each of Defendant's counsel.

Plaintiffs also file this errata to notify the Court that in the course of creating the e-brief, they noticed several non-substantive, clerical errors, and corrected those errors in the e-brief.  The corrections include erroneous paragraph number references to Plaintiffs' Exhibit 3 (Declaration of Dr. Ronald M. Layton) and Plaintiffs' Exhibit 4 (Declaration of Dr. Steven A. Cook) in Plaintiffs' Opposition. Counsel for Plaintiffs noticed the following errors during the process of creating the hyperlinks requested by the Court:

1. page 10 note 2, where the previous document mistakenly referred to Pls. Ex. 4 at ¶ 41 instead of ¶ 38; and

2. page 25, where the previous document mistakenly referred to Pls. Ex. 4 at ¶ 10 instead of ¶ 11; and

3. page 33, where, in the second reference to Pls. Ex. 3 at ¶ 70, the previous document mistakenly referred to Pls. Ex. 3 at ¶ 70 instead of ¶ 71; and

4. page 60, where the previous document mistakenly referred to Pls. Ex. 4 at ¶¶ 14-20 instead of ¶¶ 15-22; and

5. page 68, where the previous document mistakenly referred to Pls. Ex. 4 at ¶¶ 2, 11, 16 instead of ¶¶ 2, 11, 15; and

6. page 69, where the previous document mistakenly referred to Pls. Ex. 4 at ¶¶ 17-22 instead of ¶¶ 15-22; and

7. page 69, where the previous document mistakenly referred to Pls. Ex. 4 at ¶ 21 instead of ¶ 19; and

8. page 69, where the previous document mistakenly referred to Pls. Ex. 4 at ¶¶ 40, 41, 52, 53, 56, 57, 66 instead of ¶¶ 8, 9, 11, 14, 37, 38, 49, 50, 56, 57, 59.

Plaintiffs also corrected the following typographic errors:

1. Page iv, where the table of authorities entry for *New York Times, Co. v. Sullivan,* 376 U.S. 254, 270 (1964) did not list a page number, instead of listing page 39; and

2. Pages vi, 10, and 36, where the table of authorities entry for "D.C. Code § 5331.02, et seq" should instead read, "D.C. Code § 5-331.05"; and

3. Page vii, where the table of authorities entry for Harriet Sinclair, "*Turkish Embassy Bodyguards Beat Up Americans in Washington, Video Shows*," NEWSWEEK (May 18, 2017) mistakenly included a portion of the previous citation; and

4. Pages 40 and 67, where the internal reference to Section III.J should have instead referred to Section III.I.

Plaintiffs respectfully refer the Court to Exhibit A, a PDF of the Opposition filed on September 9, with the above-noted corrections in redline. Exhibit B is the same document but with the changes accepted and therefore no redlines. The document attached as Exhibit B should replace ECF No. 70.

The final e-brief also contains the above-noted corrections.

DATED:  Respectfully Submitted,

September 17, 2019

/s/ Steven R. Perles          .
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
Joshua K. Perles (No. 1031069)
Emily Amick (No. 242018)
PERLES LAW FIRM, PC
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Telephone: 202-955-9055

/s/ Stephen J. Whelan
Douglas M. Bregman (No. 218354)
Andreas N. Akaras (No. 461481)
Stephen J. Whelan (No. 1010351)
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814
Telephone: (301) 656-2707