Case 1:18-cv-01141-CKK   Document 74   Filed 10/03/19   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUSIK USOYAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF TURKEY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-CV-01141-CKK <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION TO EXTEND REPUBLIC OF TURKEY'S TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT**

Defendant Republic of Turkey ("Turkey"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7(m), and ¶ 7(A) of the Court's Order Establishing Procedures For Cases Assigned To Judge Colleen Kollar-Kotelly, hereby moves this Court to enter an order extending Turkey's time to file its reply brief in further support of its Motion to Dismiss the Complaint ("Motion to Dismiss") by two months to, and including, December 9, 2019. Plaintiffs consent to the relief requested herein. In support of this Motion, Turkey states as follows:

1. On June 7, 2019, Turkey filed its Motion to Dismiss. *See* ECF 56.

2. On July 17, 2019, Plaintiffs moved the Court for an order extending their time to respond to Turkey's Motion to Dismiss from August 8, 2019 to September 9, 2019. *See* ECF 64. Turkey consented to the relief Plaintiffs sought. *Id.*

3. On July 18, 2019, by Minute Order, the Court granted Plaintiffs' motion for extension, and ordered that Plaintiffs file their opposition on or before September 9, 2019, and Turkey file its reply brief on or before October 9, 2019. *See* July 18, 2019 Minute Order granting ECF 64.

4.      On September 9, 2019, Plaintiffs filed an 80-page opposition to Turkey's Motion to Dismiss with eighteen exhibits, including two lengthy declarations from newly-disclosed experts. Plaintiffs' opposition and its supporting exhibits raise numerous, complex legal and factual issues relating to whether this Court may exercise jurisdiction over Turkey.

5.      Turkey now seeks an order extending its time to file its reply brief by an additional two months to December 9, 2019. The requested extension will enable Turkey effectively to address the complex legal and jurisdictional fact issues raised by Plaintiffs' opposition and supporting declarations and exhibits, and to consult with defense counsel. Turkey is not an ordinary litigant, and such consultations with its counsel typically require more time than a corporate or individual client due to multiple levels of attorney-client consultation and communication that must occur both domestically and with Turkish government officials abroad. The requested extension is also necessary due to accommodate defense counsel's other litigation commitments (which were unknown at the time defense counsel consented to Plaintiffs' extended time to file their Opposition), and the intervening Thanksgiving holiday.

6.      Where a party makes a request for additional time to respond to a complaint "before the original time or its extension expires," the Court has the discretion to extend the deadline "for good cause." *See* Fed. R. Civ. P. 6(b)(1)(A); *Koch v. White*, 251 F. Supp. 3d 162, 179-80 (D.D.C. 2017); *McFadden v. Washington Metropolitan Area Transit Auth.*, Civil Action No. 14-1115 (RBW), 2014 WL 12776122, at *2 (D.D.C. Sept. 9, 2014).

7.      For the reasons stated herein, there is good cause for granting this Motion.

8.      Pursuant to Local Rule 7(m), on October 2, 2019, the undersigned requested Plaintiffs' consent to the relief sought by this Motion. Plaintiffs, by their counsel, indicated by email on October 3, 2019, that they consent to Turkey's requested extension.

9. This is Turkey's first request for an extension of its deadline to file its reply brief. The requested extension will not prejudice Plaintiffs, who consent to the extension, and will not impact these proceedings because the Court has yet to issue a scheduling order.

10. This Motion complies with the Court's requirement that motions for extension be filed at least four business days prior to the affected deadline pursuant to the Court's Order Establishing Procedures For Cases Assigned To Judge Colleen Kollar-Kotelly.  *See* ECF 5 at ¶ 7(A).

WHEREFORE, Defendant Republic of Turkey respectfully requests that this Motion be granted and that the Court enter an order extending its deadline to respond to the Complaint to December 9, 2019.

Date:   October 3, 2019                              Respectfully submitted

/s/ *Cathy A. Hinger*
Cathy A. Hinger (DC Bar No. 473697)
Victoria A. Bruno (DC Bar No. 484197)
Mark E. Schamel (DC Bar No. 463965)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Tel:  202-857-4489
Fax:  202-261-0029
cathy.hinger@wbd-us.com
victoria.bruno@wbd-us.com
mark.schamel@wbd-us.com

*Counsel for Defendant Republic of Turkey*


/s/ *David S. Saltzman*
David S. Saltzman (DC Bar No. 436201)
Saltzman & Evinch, PLLC
1050 K Street, NW
Suite 1150
Washington, DC  20001
Tel:  202-372-0092
Fax:  202-318-0892
dsaltzman@saltzmanevinch.com

*Counsel for Defendant Republic of Turkey*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2019, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to counsel of record who have entered an appearance in this case.

/s/ Cathy A. Hinger
Cathy A. Hinger

*Counsel for Defendant Republic of Turkey*