IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUSIK USOYAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-CV-01141-CKK |
| | ) |
| THE REPUBLIC OF TURKEY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT REPUBLIC OF TURKEY'S CONSENT MOTION
TO SUBMIT AN OVERLENGTH REPLY MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Republic of Turkey ("Turkey"), by and through undersigned counsel, hereby respectfully moves for leave to file a Reply Memorandum of Law ("Reply") exceeding the 25-page limit by an additional 40 pages (total 65 pages) in support of its Rule 12(b)(1) motion to dismiss. Plaintiffs' counsel consents to the requested 40-page increase.

# TABLE OF CASES AND OTHER AUTHORITIES

## STATUTES

28 U.S.C. § 1330 ........................................................................................................................ 1

28 U.S.C. § 1602 ........................................................................................................................ 1

## RULES

Fed. R. Civ. P. 12(b)(1) ......................................................................................................... 1, 2

## OTHER AUTHORITIES

Order Granting in Part Motion to Exceed Page Limit, *Allen v. Russian Federation*,
No. 05–2077–CKK, Dkt. No. 26 (D.D.C. May 12, 2006) ................................................... 1

Minute Entry Granting Motion to Exceed Page Limit, *Strange v. Islamic Republic of Iran*,
No. 1:14-cv-00435 (D.D.C. Sept. 28, 2016) (Kollar-Kotelly, J.) ...................................... 1

## STATEMENT OF POINTS AND AUTHORITIES

This Court has already recognized that exceeding the ordinary page limitations is appropriate in this case. Turkey's opening brief was 80 pages and Plaintiffs' opposition memorandum is 78 pages. *See* ECF Nos. 36, 68. Plaintiffs' opposition is supported by approximately 70 additional pages of expert declarations. *See* ECF Nos. 70-3 ("Layton Declaration"), 70-4 ("Cook Declaration"). Turkey cannot adequately reply to all of the legal arguments and factual assertions in Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss ("Plaintiffs' Opposition") within the 25-page limitation that is intended to govern ordinary course litigation.[1] As the Court's prior rulings on this issue has recognized, this case presents highly complex questions of fact and law arising under several different exceptions to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330 & 1602, *et seq.*, each of which has multiple parts and subparts.

It is not uncommon for courts to grant requests to exceed page limitations in cases involving foreign sovereign immunity defenses. In the FSIA case *Strange v. Islamic Republic of Iran*, No. 1:14-cv-00435 (D.D.C. Sept. 28, 2016) (Kollar-Kotelly, J.), for example, the court granted a motion for leave to file a memorandum of law that exceeded the page limit by 77 pages where the plaintiff sought to establish all the necessary elements of a motion for default judgment, which, like a foreign sovereign's establishment of the FSIA defense, requires briefing many elements and extensive evidentiary support. *See also Allen v. Russian Federation*, No. 05–2077–CKK, Dkt. No. 26 (D.D.C. May 12, 2006) (granting defendants leave, over plaintiffs' opposition, to file 65-page memorandum of law in support of a motion to dismiss raising Rule

---

[1] Turkey intends to file a rebuttal declaration in reply to the Layton Declaration, which will help reduce the length of the Reply. However, Turkey will not file a counter-expert declaration to the Cook Declaration, so Turkey's rebuttal of Dr. Cook's opinions must occur solely in the body of the Reply.

12(b)(1) defenses under the FSIA). Extending Turkey's page limitation is in the interest of justice, and it will not prejudice any party or affect any previously ordered scheduling dates.

## CONCLUSION

WHEREFORE, Defendant Republic of Turkey respectfully requests leave to file an overlength reply memorandum of law exceeding the page limitation by 40 pages in support of its Motion to Dismiss.

Date: December 6, 2019

Respectfully submitted,

*/s/ Cathy A. Hinger*
Cathy A. Hinger (DC Bar No. 473697)
Victoria A. Bruno (DC Bar No. 484197)
Mark E. Schamel (DC Bar No. 463965)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Tel: 202-857-4489
Fax: 202-261-0029
cathy.hinger@wbd-us.com
victoria.bruno@wbd-us.com
mark.schamel@wbd-us.com

*And*

*/s/ David S. Saltzman*
David S. Saltzman (DC Bar No. 436201)
Saltzman & Evinch, PLLC
1050 K Street, NW
Suite 1150
Washington, DC 20001
Tel: 202-372-0092
Fax: 202-318-0892
dsaltzman@saltzmanevinch.com

*Counsel for Defendant Republic of Turkey*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 6, 2019, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to counsel of record who have entered an appearance in this case.

/s/ Cathy A. Hinger
Cathy A. Hinger

*Counsel for Defendant Republic of Turkey*