# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 20-7017**  **September Term, 2020**
FILED ON: JULY 27, 2021

LUSIK USOYAN, ET AL.,
    APPELLEES

v.

REPUBLIC OF TURKEY,
    APPELLANT

Consolidated with 20-7019

Appeals from the United States District Court
for the District of Columbia
(No. 1:18-cv-01141)

Before: HENDERSON, MILLETT and WILKINS, *Circuit Judges*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of Turkey's motions to dismiss be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/

    Daniel J. Reidy
    Deputy Clerk

Date: July 27, 2021

Opinion for the court filed by Circuit Judge Henderson.